**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**SHEILA FIEBIGER,**

    Plaintiff(s),

**-vs-**

           **CASE NO.    3:10-cv-361**

           **District Judge Timothy S. Black**
           **Magistrate Judge Sharon L. Ovington**

**COMMISSIONER**
**OF SOCIAL SECURITY,**

    Defendant(s).

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge (Doc. 14) is **ADOPTED**; and this case is **TERMINATED.**

Date:  September 6, 2011                  **JAMES BONINI, CLERK**

                                                   By: <u>s/ M. Rogers</u>
                                                       Deputy Clerk